VINCENT ROSENBALM                               10/30/07
2100 NAPA VALLEJO HIGHWAY unit 5/6
NAPA, CALIFORNIA 94558
(707) 252 9949     CV 07   5616
         NOTICE OF APPEAL
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
PEOPLE OF THE UNITED STATES ) SUPREME COURT OF CALIFORNIA
            V              ) CASE NO: S157384
VINCENT LEE ROSENBALM      )

I VINCENT LEE ROSENBALM APPEAL STATE SUPREME COURT CASE NO: S157384 to UNITED STATES DISTRICT COURT FOR REVIEW. I ASK FOR APPOINTMENT OF COUNSEL IN THIS MATTER because I have been DENIED ASSISTANCE OF COUNSEL THROUGHOUT MANY STAGES OF THIS TRIAL, IN FACT NO LAWYER HAS COME TO VISIT ME 1 YEAR OF THIS TRIAL, AND I HAVE BEEN REFUSED A PROPER DISCOVERY. I ASK YOU to LOOK INTO MY CITIZENS COMPLAINTS ATTACHED to THIS WRIT to STOP THIS MALICIOUS PROSECUTION AS HUNDREDS OF FEDERAL CRIMES HAVE BEEN COMMITTED. UNDER THE PENALTY OF PERJURY this is true to the BEST OF MY Knowledge.
                                   VINCENT ROSENBALM
                                   Vincent Rosenbalm
                                   10/30/07

1. VINCENT ROSENBALM                               10/30/07
2. 2100 NAPA VALLEJO HIGHWAY unit 5/6
3. NAPA, CALIFORNIA 94558
4. (707) 252-9949
5. CITIZENS COMPLAINT PENAL CODE 832.5
6. NOTICE OF JUDICIAL INQUIRY
7. UNITED STATES DISTRICT COURT
8. NORTHERN DISTRICT OF CALIFORNIA
9. PEOPLE OF THE UNITED STATES }  CASE: 07 3226 SI
10.                V              }  COURT OF APPEAL FIRST APPELLATE DISTRICT
11. VINCENT LEE ROSENBALM          }  CASE NO: A 116597
12.     I ASK FOR AN INQUIRY INTO A
13. COURT ORDER ON MAY 11th 2007 BY CHIEF
14. UNITED STATES DISTRICT JUDGE VAUGHN R. WALKER
15. FOR ME VINCENT LEE ROSENBALM to USE
16. THE FEDERAL PACER PROGRAM. ED FOULK
17. CEO OF NAPA STATE HOSPITAL HAS REFUSED
18. TO OBEY JUDGE WALKERS COURT ORDER FOR
19. 5 MONTHS NOW, WHICH EXCEEDS 120
20. DAYS UNDER STATUTORY LAW CODE 471.
21. HUNDREDS OF CRIMES HAVE BEEN COM-
22. MITTED IN THIS CASE AND I ASK THE
23. COURT FOR A SUMMARY JUDGEMENT to
24. STOP THIS MALICIOUS PROSECUTION. UNDER
25. THE PENALTY OF PERJURY this is true to
26. THE BEST OF MY KNOWLEDGE!
27.                          VINCENT ROSENBALM
28.                          Vincent L. Rosenbalm
                             10/30/07

1. VINCENT ROSENBALM                           10/30/07
2. 2100 NAPA VALLEJO HIGHWAY unit 5/6
3. NAPA, CALIFORNIA 94558
4. (707) 252-9949
5. CITIZENS COMPLAINT PENAL CODE .832.5
6. NOTICE OF JUDICIAL INQUIRY
7. UNITED STATES DISTRICT COURT
8. NORTHERN DISTRICT OF CALIFORNIA
9. PEOPLE OF UNITED STATES              } CASE NO: 07-3226 SI
10.           V                          } AND COURT OF APPEAL FIRST Appellate District
11. VINCENT LEE ROSENBALM                } CASE NO: A116597
12.    I WOULD LIKE A PUBLIC INQUIRY INTO
13. THE COURT OF APPEAL, FIRST APPELLATE DISTRICT
14. FOR NOT ANSWERING MY APPEAL WITHIN
15. 120 DAYS AND VIOLATING STATUTORY LAW.
16. CODE 471. MY APPEAL CASE NO: A116597 was
17. GRANTED JANUARY 17, 2007. I HAVE NOT WAIVED
18. TIME AND ALSO FILED A MARSDEN MOTION
19. BECAUSE MY APPEAL LAWYER JULIA SPIKES
20. refuses to visit me. I WAS DENIED A LAWYER
21. THE FIRST 4 MONTHS OF THE CASE AND NO
22. LAWYER HAS COME TO VISIT me IN CUSTODY
23. FOR OVER ONE YEAR??? I WOULD LIKE A
24. SUMMARY JUDGEMENT FOR DAMAGES AND ALL
25. CHARGES DISMISSED FOR MALICIOUS PROSECUTION.
26. UNDER THE PENALTY OF perjury this is true to the
27. Best OF MY knowledge.    VINCENT L. ROSENBALM
28.                                 Vincent L. Rosenbalm
                                    10/30/07

Vincent Rosenbalm v Mendocino Court  Citizens Complaint or Penal Code 832.5
Case MCUK CRCR 06-74005                                    July 30, 2007

Linda Thompson,

    Falsifying court records is a serious offense. And poisoning people under penal code 347 is even more serious. The court order you submitted 4/10/2007 is illegal and you committed perjury by saying you are my lawyer when you are not. I fired you on 10/23/2006 then furthermore you went on vacation and told me you could not defend me anyway?  Definitely this is a conflict of interest and a good reason to fire you.

    Yet you have the nerve to commit perjury and obstruction of justice by filling out court documents saying you are my attorney when you are not?  On 12/21/2006 you violated stat bar ethics by submitting evidence illegally without a discovery, you cannot submit evidence without a discovery.????

    Judge Brennan and Henderson have submitted illegal documents too, along with Ukiah Police I see hundreds of indictments coming your way for hundreds of crimes committed?  Kidnapping and extortion are serious crimes and so is submitting false evidence and false court documents?

                                                Vincent Rosenbalm

*Vincent Rosenbalm*
*10/30/07*

Citizens Complaint under Penal Code 832.5 Judges Brown and Brennan

Vincent Rosenbalm Mendocino Case MCUK CRCR 06-74005

On December 21, 2006 Mendocino Superior Court Brown allowed testimony of 2 Doctors without a discovery or lawyer. See Penal Code 1102.5! Judge Brown also denied me a marsden motion at this time!

On April 13, 2007 Mendocino Superior Court Judge Clayton Brennan signed a court order MCUK CRCR 06-74005-02 with an illegal incorrect name on it!! At this hearing Judge Brennan denied me lawyers and witnesses violating the 6th and 14th Amendment of the US Constitution. I further believe this hearing was brought about by fraudulent papers signed as a means of revenge by attorney Linda Thompson for a state bar complaint. Her state bar number is #118430 and she is under investigation for her misconduct. Under the penalty of perjury this is true to the best of my knowledge, and I command you forthwith to arrest judges Brown and Brennan for the following three counts, and bring them to the nearest and most accessible magistrate!

1) Penal Code 182 Obstruction of Justice
2) Penal Code 207 Kidnapping
3) Penal Code 236 False Imprisonment

Dated  10/30/07
Signed  *Vincent Rosenbalm*
Vincent Rosenbalm

Vincent Rosenbalm v Mendocino Court  Citizens Complaint or Penal Code 832.5
Case MCUK CRCR 06-74005                                         July 30, 2007

Linda Thompson,

    Falsifying court records is a serious offense. And poisoning people under penal code 347 is even more serious. The court order you submitted 4/10/2007 is illegal and you committed perjury by saying you are my lawyer when you are not. I fired you on 10/23/2006 then furthermore you went on vacation and told me you could not defend me anyway? Definitely this is a conflict of interest and a good reason to fire you.

    Yet you have the nerve to commit perjury and obstruction of justice by filling out court documents saying you are my attorney when you are not? On 12/21/2006 you violated stat bar ethics by submitting evidence illegally without a discovery, you cannot submit evidence without a discovery.????

    Judge Brennan and Henderson have submitted illegal documents too, along with Ukiah Police I see hundreds of indictments coming your way for hundreds of crimes committed? Kidnapping and extortion are serious crimes and so is submitting false evidence and false court documents?

                                                   Vincent Rosenbalm

*Vincent Rosenbalm*
10/30/07

Vincent Rosenbalm v Mendocino Superior Court       7/24/2007

Case MCUK CRCR 06-74005 and -02 And Lake County CR-4000
  February 2004 I was arrested by Mendocino Sheriffs and held 7 days without charges or arraignment and released due to computer error! Mistake and not arraigned within 72 hours.
  9/2006 on or about 9/22/2006 I was arrested by officer Glenn Stark who stole about $5600 cash and checks my car, my keys, cell phone, ID and booked me to appear in court at a later date, then released me OR no case ever appeared on the court docket! Penal code 1382 says dismissal!!! That same day I went home and found a warrant in my house and home destroyed signed Glenn Stark, how can officer Stark book me and serve a warrant at the same time it is impossible to be in two *(2) places at the same time. The warrant did not even have a DA signature on it illegal. I called the court several times but no case ever appeared on the docket! Mr Stark is also the subject of a scandal involving Mayacama Golf Course and a Department of Justice investigation involving the CSI union in North Carolina. Jim Brooks and John Krikorian may be involved in this scandal and be implicated on Federal charges.
  I was appointed Public defender Linda Thompson on 10/23/2006 I fired her that day and asked for a marsden hearing. She told me should couldn't defend me anyway because she was going on vacation. No attorney has been appointed by Superior Court after that date.
  No discovery, No preliminary has been filed the whole 10 months of this case! See penal cold 859 and 1382?? As long as I have no discovery or preliminary no charges exist!!! I believe several judges, police, and lawyers have committed hundreds of federal crimes in these matters. I asked for a change of venue due to the corruption. I cannot possibly have a fair trial with no lawyer, witnesses and a preliminary. \
  On 12/21/2006 I believe I told Judge Brown today is 94 days into this case and it should have been dismissed about 34 days ago. I did not waive time and this case is obstructing justice in several federal matters. I believe Linda Thompson violated state bar ethics by illegally submitting evidence by #(2) witnesses without discovery and this evidence is inadmissible!!!!! I believe she prepared a false court document on 4/10/07, she is not my lawyer I fired her on 10/23/2006 and then she went on vacation!!!
  4/13/2007 Judge Brennan signed a court order that has an incorrect name on it, it is not my name and I am currently being illegally detained on illegal order and name not mine. At this hearing he also denied me witnesses and a lawyer violating the 6th and 14th amendment of the US Constitution. Police recently came to my cell and threatened to kill my family member and attempted to torture me!! My hope is a grand jury stops this corruption!!! Under the penalty of perjury this is true to the best of my knowledge.
              Vincent Rosenbalm
              *Vincent Rosenbalm*
              10/30/07

SUPREME COURT
FILED

OCT 2 6 2007

No. S157384

Frederick K. Ohlrich Clerk

Deputy

# IN THE SUPREME COURT OF CALIFORNIA

VINCENT ROSENBALM, Petitioner,

v.

SUPERIOR COURT OF MENDOCINO COUNTY, Respondent;
THE PEOPLE, Real Party in Interest.

The above entitled matter is transferred to the Court of Appeal, First Appellate District, for consideration in light of *Hagan v. Superior Court* (1962) 57 Cal.2d 767. In the event the Court of Appeal determines that this petition is substantially identical to a prior petition, the repetitious petition must be denied.

**GEORGE**
*Chief Justice*