**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT ROSENBALM,                              No. C 07-5616 SI (pr)

      Plaintiff,                              **JUDGMENT**

      v.

PEOPLE OF THE UNITED STATES,

      Defendant.

                           /

     This action is dismissed for lack of subject matter jurisdiction to hear an appeal from state court and because challenges to state court criminal proceedings must be made by way of a habeas petition.

     IT IS SO ORDERED AND ADJUDGED.

Dated: December 17, 2007

                              _____
                              SUSAN ILLSTON
                            United States District Judge